

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Lyntorance Jamal Rawls, Appellant

No. 06-19-00035-CR      v.

The State of Texas, Appellee

Appeal from the 276th District Court of Marion County, Texas (Tr. Ct. No. F13807). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the bill of costs by replacing the entry "$1[,]850.00" for "COURT APPT ATTY FEE" with "$1[,]500.00." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Lyntorance Jamal Rawls, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 23, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk